UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                Case No. 12-11456-BKC-AJC

SOLID ROCK MISSIONARY BAPTIST              Chapter 11
CHURCH INC.,

      Debtor.

_____/

## DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE

Debtor-in-Possession, Solid Rock Missionary Baptist Church Inc. (the "Debtor"), by counsel, pursuant to 11 U.S.C. § 1112(b), requests the Court enter an order dismissing this Chapter 11 case, with prejudice, and in support thereof states:

1.      On January 19, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed.

### Background

4.      The Debtor is a not-for-profit religious organization that operates a Baptist church located at 19000 SW 112 Ave, Miami, FL 33176 (the "Property"), which is owned by the Debtor.

5.      On July 13, 2012, the Court entered an Order Re-Imposing the Automatic Stay and Granting Adequate Protection [ECF No. 51] (the "Stay Order").  Pursuant to the Stay Order, the Debtor's primary secured creditor, Evangelical Christian Credit Union ("ECCU"), was entitled to adequate protection payments, according to the payment schedule set forth therein.  The foreclosure sale of the Debtor's Property, which was previously scheduled for July 16, 2012, was therefore canceled.

6.      The Stay Order also provided that the Debtor ". . . shall have until no later than December 31, 2012 to confirm a plan of reorganization. … If a plan of reorganization is not confirmed by [December 31, 2012], ECCU shall be granted immediate and complete stay relief, without need for further order by this Court."

7.      Despite the Debtor's best efforts, it was unable to propose or confirm a Chapter 11 plan of reorganization by December 31, 2012.  As a result, ECCU proceeded with its foreclosure action and a foreclosure sale is presently scheduled for March 12, 2013 at 9:00 a.m.

8.      Since the Property is the Debtor's only substantial asset, upon the foreclosure sale of the Property, the Debtor will have absolutely no ability to confirm a Chapter 11 plan of reorganization, and has insufficient funds to continue with this Chapter 11 proceeding.

9.      The Debtor's other assets include two vehicles and various office equipment and furnishings, all of which are subject to a UCC-1 security interest in favor of ECCU.

10.      The Debtor will attempt to reach a lease agreement with the new owner of the Property, in order to allow the school that operates on the Property to remain at the Property during the pendency of the remaining school year.

### Relief Requested and Basis Therefor

11.      Pursuant to 11 U.S.C. § 1112(b), the Debtor seeks the dismissal of its Chapter 11 case.  11 U.S.C. § 1112(b) states, in relevant part, as follows:

> [O]n request of a party in interest *[including the debtor]*, and after notice and a hearing, absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interests of creditors and the estate, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

*See* 11 U.S.C. § 1112(b)(1).  (Emphasis added).

12.      11 U.S.C. § 1112 does not define "cause".  However, 11 U.S.C. § 1112(b)(4) enumerates sixteen situations, any of which may be sufficient for a Debtor to justify dismissal of the case.  The list enumerated in 11 U.S.C. § 1112(b)(4) is not exclusive.

Case No. 12-11456-BKC-AJC
Page 3

13.      The Debtor submits that dismissal is the best course of action to follow, given the fact that the Debtor has no ability to confirm a Chapter 11 plan of reorganization and the lack of post-petition money available to the Debtor for exit financing.  There are little to no funds available for the benefit of the Debtor's creditors.

14.      Therefore, dismissal of this Chapter 11 case is appropriate.  Since the Debtor essentially has only two creditors (the Internal Revenue Service and ECCU), who can avail themselves of any rights against the Debtor outside of this bankruptcy proceeding, conversion to Chapter 7 would achieve no purpose for the Debtor's creditors, especially considering that ECCU has a lien on any other assets of the Debtor.

15.      The Debtor will file all required Monthly Operating Reports until the closing of this case and will pay all outstanding quarterly U.S. Trustee fees and any such fees that will accrue to the closing of this case.

WHEREFORE, the Debtor respectfully requests the Court enter an Order dismissing this Chapter 11 proceeding, and for such other and further relief as the Court deems just and proper.

Dated: March 10, 2013

LEIDERMAN SHELOMITH, P.A.
Attorneys for the Debtor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
        ZACH B. SHELOMITH
        Florida Bar No. 0122548
        zshelomith@lslawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on March 10, 2013 to all parties listed on the attached service list.

By:_____/s/_____
        Zach B. Shelomith

```
Label Matrix for local noticing        Evangelical Christian Credit Union      Solid Rock Missionary Baptist Church Inc.
113C-1                                  Shutts & Bowen LLP                      19000 SW 112 Ave
Case 12-11456-AJC                       1500 Miami Center                       Miami, FL 33157-6600
Southern District of Florida            201 S. Biscayne Blvd.
Miami                                   Miami, FL 33131-4308
Sun Mar 10 15:25:21 EDT 2013

Evangelical Christian Credit Union      Evangelical Christian Credit Union      Florida Baptist Convention, Inc.
955 W Imperial Hwy                      c/o Eric C. Reed, Esq.                  c/o W. Gary Yeldell, Esq.
Brea, CA 92821-3815                     300 S Orange Ave # 1000                 POB 189
                                        Orlando, FL 32801-5403                  Keystone Heights, FL 32656-0189


Genesis Development Group, LLC          Glendale Missionary Baptist Church      Internal Revenue Service
c/o Valerie Brown, R.A.                 c/o Regina Echols, Esq.                 POB 7346
5321 NW 9 Ave                           3940 NE 13 Dr                          Philadelphia, PA 19101-7346
Miami, FL 33127-1841                    Homestead, FL 33033-5933


Office of the US Trustee                Pastor Rufus Troupe                     Solid Rock Christian Academy Inc.
51 S.W. 1st Ave.                        14501 Monroe St                        19000 SW 112 Ave
Suite 1204                              Miami, FL 33176-7437                    Miami, FL 33157-6600
Miami, FL 33130-1614


Alan Fyne                               Zach B Shelomith
1750 N University Dr #2229              2699 Stirling Rd # C401
Coral Springs, FL 33071-8903           Ft Lauderdale, FL 33312-6598
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                (u)Evangelical Christian Credit Union   End of Label Matrix
                                                                                Mailable recipients    13
                                                                                Bypassed recipients     2
                                                                                Total                  15
```